**TRADEWINDS AIRLINES INC., Coreolis Holdings, Inc., Tradewinds Holdings, Inc., Plaintiffs–Appellants,**

**v.**

**George SOROS, Purnendu Chatterjee, Defendants–Appellees.**

Nos. 15–1381–CV, 15–1366–CV.

United States Court of Appeals, Second Circuit.

March 10, 2016.

Cory S. Buland (William C. Carmody & Shawn J. Rabin, on the brief), Susman Godfrey LLP, New York, NY, for Trade-Winds Airlines Inc., Ellen R. Werther (Bruce J. Ressler, on the brief), Ressler & Ressler, New York, NY, for Coreolis Holdings, Inc., & TradeWinds Holdings, Inc., for Plaintiffs–Appellants.

Martin B. Klotz, Willkie Farr & Gallagher LLP, New York, NY, for George Soros, Raymond L. Fitzgerald & David J. McCarthy, Butler, Fitzgerald, Fiveson & McCarthy, P.C., New York, NY, for George Soros, Dustin F. Hecker, Posternak Blankstein & Lund LLP, Boston, MA, for Purnendu Chatterjee, Kirstin T. Roy, Morrison Cohen LLP, New York, NY, for Purnendu Chatterjee, for Defendants–Appellees.

PRESENT: JOSÉ A. CABRANES, DEBRA ANN LIVINGSTON and GERARD E. LYNCH, Circuit Judges.

### SUMMARY ORDER

Plaintiffs-appellants appeal from the District Court's March 31, 2015 grant of summary judgment to defendants-appellees. We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

"This Court reviews a grant of summary judgment by the district court *de novo*." *Lawrence + Mem'l Hosp. v. Burwell*, 812 F.3d 257, 264 (2d Cir.2016). Upon *de novo* review of the record and relevant law, we affirm, substantially for the reasons stated by the District Court in its thorough March 31, 2015 opinion and order. *See TradeWinds Airlines, Inc. v. Soros*, 101 F.Supp.3d 270 (S.D.N.Y.2015).

### CONCLUSION

We have considered all of plaintiffs-appellants' arguments on appeal and found them to be without merit. Accordingly, we **AFFIRM** the District Court's March 31, 2015 judgment.